UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:22-CV-00037-NAB |
| MS CONTRACTING LLC, | ) ) ) | |
| Defendant. | ) | |

# ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Nannette A. Baker to District Judge Henry Edward Autrey.

July 18, 2022
Date

*Gregory J. Linhares                /*
Clerk of Court

By:  /s/ Carol Long               /
CAROL LONG
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:22-CV-00037-HEA**