# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORP. dba Amtrak and BNSF RAILWAY COMPANY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO. 2:22-CV-00037-HEA |
| MS CONTRACTING, LLC, | ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO SHORTEN TIME ON HEARING

Plaintiffs oppose Defendant's motion requesting an expedited hearing on Defendant's Motion to Stay Litigation Proceedings (Docs. 15 and 16). Defendant's motion cites Fed. R. Civ. P. 6 and E.D.Mo. L.R. 1.05 as the bases for the relief Defendant seeks. However, both rules require "good cause" for the Court to shorten time limits. *See* Fed. R. Civ. P. 6(c)(1)(C); E.D.Mo. L.R. 1.05. Given that the Court granted Defendant an additional 30 days to file an Answer (Doc. 20), "good cause" no longer exists for an expedited hearing on Defendant's motion to stay. Defendant's motion to stay raises a significant issue, and Plaintiffs require the full extent of their briefing timeline to consider and appropriately respond. Accordingly, Plaintiffs respectfully request that the Court deny Defendant's Motion to Shorten Time on Hearing (Doc. 16).

{00222735.DOCX}

Respectfully submitted,

*/s/ Sean P. Hamer*_____
Sean P. Hamer      MO # 48153
Scott R. Ast      MO # 51699
Paula Brown      MO # 45870
Kelly L. Murphy      MO # 75573
Alex McKenna      MO # 72024
SCHARNHORST AST KENNARD GRIFFIN, P.C.
1100 Walnut, Suite 1950
Kansas City, Missouri 64106
T: (816) 268-9400/F: (816) 268-9409
Email: shamer@sakg.com
        sast@sakg.com
        kmurphy@sakg.com
        pbrown@sakg.com
        amckenna@sakg.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on the 21st day of July, 2022, the foregoing was filed utilizing the Court's ECF system which served the same on the following counsel of record:

Todd C. Barrett
Mark D. Chuning
Clinton S. Turley
Bailey M. Schamel
MCCAUSLAND BARRETT & BARTALOS P.C.
9233 Ward Parkway, Suite 270
Kansas City, Missouri 64114
T: (816) 523-3000/F: (816) 523-1588
Email: tbarrett@mbblawfirmkc.com
        mchuning@mbblawfirmkc.com
        cturley@mbblawfirmkc.com
        bschamel@mbblawfirmkc.com

*Attorneys for Defendant*

                                                */s/ Sean P. Hamer*_____
                                                Attorney for Plaintiffs