## Exhibit A

| Case Name | Venue/Case No./Judge |
|---|---|
| **Amtrak & BNSF v. MS Contracting** | E.D. Mo.<br>2:22-cv-00037-HEA<br>District Judge Henry Autrey |
| **Barton v. Rodriguez, et al.** | Chariton County, MO<br>22CH-CC00017<br>Judge Terry Tschannen |
| **Gallaway, et al. v. BNSF, et al.** | E.D. Mo.<br>2:22-cv-00038-HEA<br>District Judge Henry Autrey |
| **Marra & Marzullo v. BNSF, et al.** | Chariton County, MO<br>22CH-CC00019<br>Judge Terry Tschannen |
| **Williams v. Amtrak, et al.** | E.D. Mo.<br>2:22-CV-00040-HEA<br>District Judge Henry Autrey |
| **Stephens v. Amtrak, et al.** | E.D. Mo.<br>2:22-CV-00041-RLW<br>District Judge Ronnie L. White |
| **Cook, et al. v. BNSF, et al.** | Chariton County, MO<br>22CH-CC00021<br>Judge Terry Tschannen |
| **Phan, et al. v. Barton, et al.** | Chariton County, MO<br>22CH-CC00021<br>Judge Terry Tschannen |
| **Carreon, et al. v. BNSF, et al.** | E.D. Mo.<br>2:22-cv-00044-SPM<br>Magistrate Judge Shirley P. Mensah |
| **Holsapple, et al. v. Barton, et al.** | Chariton County, MO<br>22CH-CC00024<br>Judge Terry Tschannen |